

*OFFICE OF THE CLERK*
*UNITED STATES DISTRICT COURT*
*for the*
*MIDDLE DISTRICT of PENNSYLVANIA*

**U.S. Courthouse**
**240 West Third Street, Suite 218**
**Williamsport, PA 17701-6460**
**Internet Address: www.pamd.uscourts.gov**

**PETER WELSH**
Clerk of Court

**December 17, 2024**

Felicia M. Wallace
11810 White Pine Dr.
Hagerstown, PA 21740

RE: Wallace v. Pennsylvania State Senate, et al./1:24-CV-02181

Dear Pro Se Plaintiff:

The Court has received your documents and assigned it to the case number above.   Please use this number in all future pleadings and correspondence regarding this case.

Since you have paid the filing fee, as plaintiff, you must now serve the complaint on the defendants in accordance with Fed. R. Civ. P. 4 or obtain waivers of service under Fed. R. Civ. P. 4(d) from the defendants.

Pro Se plaintiffs are advised that they have an affirmative obligation to keep the court informed of his or her current address. If the plaintiff changes his or her address while the lawsuit is being litigated, the plaintiff shall immediately inform the court of the change in writing.

All future pleadings and correspondence regarding this case should be mailed to the following address:

**U.S. Courthouse**
**240 West Third Street, Suite 218**
**Williamsport, PA 17701-6460**

      Sincerely,
      <u>PETER WELSH, Clerk of Court</u>
      By: EA
      Deputy Clerk

[ X ]   Complaint
[   ]   Other