## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELICIA WALLACE,** | : | Civil No. 1:24-CV-2181 |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **PENNSYLVANIA STATE SENATE,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This *pro se* case having been referred for mediation, at the request of the mediator, IT IS ORDERED that the following *pro bono* counsel is appointed to assist the plaintiff for mediation purposes only:

Peter Winebrake, Esq.
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Office: (215) 884-2491, Ext. 1
www.winebrakelaw.com

The parties will schedule mediation sessions in this matter at some mutually convenient date. The mediator shall file a report on the outcome of the mediation at the conclusion of these mediation efforts. The parties shall provide the court with a Joint Status Report regarding the progress of mediation on or before **August 15, 2025**.

                                      <u>*/s/ Martin C. Carlson*</u>
                                      Martin C. Carlson
                                      United States Magistrate Judge

Dated: June 16, 2025