# WINEBRAKE & SANTILLO, LLC

To:  Hon. Martin C. Carlson (by ECF)
     Joseph Barrett (by ECF)

Cc:  All Counsel of Record (by ECF)

Fr:  Pete Winebrake

Date:  July 1, 2025

Re:  **Felicia Wallace v. Republican Caucus of the Pennsylvania Senate**
     **1:24-cv-02181-MCC**

On June 16, 2025, the Court appointed me to serve as *pro bono* counsel "to assist the plaintiff for mediation purposes only." *See* Doc. 18.

I am pleased to report that the parties have finalized and executed a written agreement describing the terms and conditions of the settlement reached at mediation.

My assignment is now complete. It has been my pleasure to assist the Court and parties in resolving this matter.

                                              Respectfully,

                                              Pete Winebrake

