# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELICIA WALLACE,** | : | **CIV NO. 1:24-CV-2181** |
| **Plaintiff,** | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| **PENNSYLVANIA STATE SENATE,** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this 1st day of July 2025, it having been reported to the Court by the mediator that this case has been amicably resolved by the parties, (Doc. 19), **IT IS HEREBY ORDERED** that the clerk is directed to CLOSE this case administratively, and the parties are directed to file a stipulation of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure within 60 days upon consummation of this settlement.[1] If the parties are unable to consummate their

---

[1] Rule 41 contemplates three methods of dismissal. Before an answer or summary judgment motion has been filed, an action can be dismissed by a notice of dismissal signed by the plaintiff alone. See FED. R. CIV. P. 41(a)(1)(A)(i). After an answer or motion for summary judgment has been filed, the parties can dismiss a case by filing a stipulation of dismissal signed by all parties to have appeared. See FED. R. CIV. P. 41(a)(1)(A)(ii). Either of these filings operates to close the case and end the court's jurisdiction without further court action. For any dismissal that is conditional or otherwise requires court approval, including, for example, a request that the court retain jurisdiction for a specific period of time for enforcement of the settlement, the plaintiff shall submit a motion to dismiss setting forth the requested terms for dismissal, accompanied by a proposed order. See FED. R. CIV. P. 41(a)(2).

settlement they shall notify the Court within 60 days, so this matter may be reinstated on the court's active docket.

The Court thanks the parties and the mediator for their efforts resolving this case.

<u>/s/ Martin C. Carlson</u>
Martin C. Carlson
United States Magistrate Judge