IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELICIA M. WALLACE,<br>　　　　　*Plaintiff,*<br><br>　　　v.<br><br>PENNSYLVANIA STATE SENATE,<br>　　　　　*Defendant.* | Civil Action No. 1:24-cv-02181<br><br>(Magistrate Judge Carlson) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims in the above-captioned action in their entirety with prejudice, with each Party to bear their own costs and attorneys' fees. The Parties stipulate that all rights of appeal are hereby waived. The Parties further stipulate that no Party is the prevailing party in this action.

　　　Respectfully submitted,

By: */s/ Felicia M. Wallace*　　　　　　By: */s/ Adam L. Santucci*
　　　Felicia M. Wallace　　　　　　　　　　Adam L. Santucci (ID 307058)
　　　11810 White Pine Dr.　　　　　　　　　M. Abbegael Giunta (ID 94059)
　　　Hagerstown, MD 21740　　　　　　　　McNees Wallace & Nurick LLC
　　　feliciawallace@inspiredbyhim.com　　100 Pine Street, P.O. Box 1166
　　　　　　　　　　　　　　　　　　　　　Harrisburg, PA 17108-1166
　　　*Pro Se Plaintiff*　　　　　　　　　　Phone: (717) 232-8000
　　　　　　　　　　　　　　　　　　　　　asantucci@mcneeslaw.com
　　　　　　　　　　　　　　　　　　　　　agiunta@mcneeslaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　Date: August 18, 2025　　　　　　　　*Pennsylvania State Senate*

## **CERTIFICATE OF SERVICE**

I certify that on this date, I served the foregoing document by Notice of Docket Activity sent automatically by CM/ECF upon counsel who are registered as CM/ECF filing users who have consented to accepting electronic service through CM/ECF.

Date: August 18, 2025

*/s/ Adam L. Santucci*
Adam L. Santucci
PA I.D. No. 307058